IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS MAGANA AND LUZ MAGANA INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ZENIA JUDITH MAGANA, DECEASED; | § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:10-CV-1451 |
| TOYOTA MOTOR CORPORATION, | § § § | |
| Defendant. | § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, JESUS MAGANA AND LUZ MAGANA INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ZENIA JUDITH MAGANA, DECEASED, Plaintiffs in the above-entitled and numbered cause, and pursuant to Local Rule 7.4, hereby files her Certificate of Interested Persons.

1. Jesus Magana and Luz Magana are the Plaintiffs and have a financial interest in the outcome of this litigation.

2. Toyota Motor Corporation ("TMC") is the Defendant, and has financial interest in the outcome of this litigation.

3. E. Todd Tracy of the Tracy firm, located at 5473 Blair Road, Suite 200, Dallas, Texas 75231, is the attorney of record for the Plaintiff in this litigation and has a financial interest in the outcome of this litigation.

Plaintiffs are unaware at this time of any other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

Respectfully submitted,

**The TRACY firm**

 /s/ E. Todd Tracy
E. Todd Tracy (Lead Counsel)
State Bar No. 20178650
etoddtracy@vehiclesafetyfirm.com
I. Scott Lidji
State Bar No. 24000336
slidji@vehiclesafetyfirm.com
5473 Blair Road, Suite 200
Dallas, TX  75231
(214) 324-9000 Phone
(972) 387-2205 Fax

**ATTORNEYS FOR PLAINTIFFS**