IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS MAGANA AND LUZ MAGANA INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ZENIA JUDITH MAGANA, DECEASED; | § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:10-cv-01451-B |
| TOYOTA MOTOR CORPORATION, | § § § | |
| Defendant. | § | |

## PLAINTIFFS' NOTICE OF INITIAL DISCLOSURES

**TO THE HONORABLE UNITED STATES JUDGE OF SAID COURT:**

COMES NOW, Plaintiffs Jesus Magana and Luz Magana, Individually And As Representative of the Estate of Zenia Judith Magana, Deceased, by and through undersigned counsel, and hereby respectfully provide notice to the Court that a copy of Plaintiffs' Initial Disclosures was served on all counsel of record on this 18th day of November, 2010.

Respectfully submitted,

**The TRACY firm**

_/s/ I. Scott Lidji_____
E. Todd Tracy (Lead Counsel)
State Bar No. 20178650
etoddtracy@vehiclesafetyfirm.com
I. Scott Lidji
State Bar No. 24000336
slidji@vehiclesafetyfirm.com
5473 Blair Road, Suite 200
Dallas, Texas  75231
(214) 324-9000 Phone
(972) 387-2205 Fax

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2010, that I have caused to be served all counsel of record by a manner as authorized by the Federal Rules of Civil Procedure.

Kurt C. Kern (Lead Counsel)
Cary A. Slobin
Joshua D. Terry
Hartline Dacus Barger Dreyer & Kern, L.L.P.
6688 North Central Expressway, Ste. 1000
Dallas, Texas 75206

*Attorneys for Defendant*
*Toyota Motor Corporation*

_/s/ I. Scott Lidji_____
E. Todd Tracy
I. Scott Lidji