# RULE 203 CERTIFICATION
### Cause No: 3:10-CV-01451-B

| | | |
|---|---|---|
| JESUS MAGANA AND LUZ MAGANA | § | IN THE UNITED STATES DISTRICT COURT |
| INDIVIDUALLY AND AS REPRESENTATIVE OF | § | |
| THE ESTATE OF ZENIA JUDITH MAGANA, | § | |
| DECEASED | § | FOR THE NORTHERN DISTRICT OF TEXAS |
| vs. | § | |
| TOYOTA MOTOR CORPORATION | § | DALLAS DIVISION |

*[Stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED DEC 13 2010 CLERK, U.S. DISTRICT COURT By ____]*

**RECORDS PERTAINING TO:**

Pursuant to Rule 203, Texas Rules of Civil Procedure, I, the undersigned Notary Public in and for the State of Texas, duly swear and hereby certify that the deposition transcript is a true record of the testimony given before him/her as witness/custodian of records for **TEXAS DEPARTMENT OF PUBLIC SAFETY / HIGHWAY PATROL.**

The charge for preparation of the completed deposition transcript and any copies of exhibits is: $ _154.47_ paid for by,
**E. TODD TRACY, TX# 20178650 Attorney for JESUS MAGANA, ET AL.**

The deposition transcript was submitted to said custodian of records on _10/6/10_, for examination and signature, and was returned to the officer on that date, and any changes made by the witness/custodian of records in the foregoing transcript are attached thereto or incorporated therein, and said witness/custodian of records returned the transcript on the date of examination;

the original transcript, together with copies of all exhibits was delivered by certified mail or hand delivery to:
**E. TODD TRACY, 5473 BLAIR RD., SUITE 200, DALLAS, 75231**

and a copy of this certificate was delivered by certified mail or hand delivery to all parties pursuant to Texas Rule of Civil Procedure 21a. A copy of this certificate has been filed with the county Court:
**County, Texas**

**THIS IS NOT AN INVOICE.**

Sworn to and subscribed before me on this the ___ day of _November_, 20_10_.

*[Notary Seal: EDWINA EHMANN, Notary Public, State of Texas, My Commission Expires September 02, 2013]*

_____
NOTARY PUBLIC, STATE OF TEXAS
U.S. Legal Support, Inc.
363 N. Sam Houston Parkway E., Suite 900
Houston, TX 77060
713-653-7100    FAX: 713-653-7171

cc:
E. TODD TRACY Attorney for JESUS MAGANA, ET AL.
KURT KERN Attorney for TOYOTA MOTOR CORPORATION

Order No. 31029 - 1