UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS MAGANA & LUZ MAGANA<br>*individually and as representative of the*<br>*estate of Zenia Judith Magana, deceased,* | § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 3:10-CV-1451-B |
| TOYOTA MOTOR CORPORATION, | § § § | |
| Defendant. | § | |

### ORDER

On October 21, 2010, the Court issued the Scheduling Order requiring the parties to file a Joint Report informing the Court of their choice of an agreed-upon mediator by December 3, 2010 (doc. 13). To date, the parties have not done so. Therefore, by **Friday, December 17, 2010**, the Court hereby **ORDERS** the parties to show cause why the parties have not filed the required Joint Report.

SO ORDERED.

DATED December 14, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE