

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JESUS MAGANA AND LUZ MAGANA INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ZENIA JUDITH MAGANA, DECEASED, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. 3:10-cv-01451-B |
| TOYOTA MOTOR CORPORATION, | § § § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, came on to be considered the Agreed Motion to Dismiss With Prejudice, wherein Plaintiffs Jesus Magana and Luz Magana, individually and as representative of the Estate of Zenia Judith Magana, deceased ("Plaintiffs"), announced to the Court that Plaintiffs' claims against Defendant Toyota Motor Corporation, Inc., have been resolved, and further moved the Court for dismissal of all of Plaintiffs' claims and causes of action against Defendant Toyota Motor Corporation, Inc., with prejudice to the refiling of same. The Court is of the opinion that such Motion should, in all things, be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims and causes of action against Defendants Toyota Motor Corporation, Inc., in the above-entitled and numbered cause are hereby dismissed with prejudice to the refiling of same in any form whatsoever, with the parties' taxable court costs to be paid by the party incurring same.

IT IS SO ORDERED.

SIGNED this 31st day of Jan., 2011.

_____
PRESIDING JUDGE

APPROVED:

/s/ E. Todd Tracy
E. TODD TRACY
I. SCOTT LIDJI
**ATTORNEYS FOR PLAINTIFFS**

/s/ Kurt C. Kern
KURT C. KERN
CARY A. SLOBIN
JOSHUA D. TERRY
**ATTORNEYS FOR DEFENDANT
TOYOTA MOTOR CORPORATION, INC.**